-FILED-
IN OPEN COURT

JUL 0 9 2025

At _____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **INDICTMENT** |
| ) | (One Count) |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No: 3:25-CR- 58 DRL-SJF |
| ) | |
| ANTOINETTE GOWDY, ) | |
| ) | 18 U.S.C. § 111(a)(1) |
| Defendant. ) | (assault of federal officer) |

**THE GRAND JURY CHARGES:**

On or about June 24, 2025, in the Northern District of Indiana, the defendant,

**ANTOINETTE GOWDY,**

did forcibly assault, resist, oppose, impede, intimidate, and interfere with a person designated in 18 U.S.C. § 1114—namely, C.T., a federal officer, who was engaged in the performance of official duties—and did cause physical contact with C.T.

All in violation of Title 18, United States Code, Section 111(a)(1).

A TRUE BILL:

*s/ Grand Jury Foreperson*
Grand Jury Foreperson

APPROVED BY:
M. SCOTT PROCTOR
ACTING UNITED STATES ATTORNEY

By: *s/ Luke N. Reilander*
Luke N. Reilander
Assistant United States Attorney